UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 04-40489 GMB

Debtor: Rafael A. Reyes

| Check Number | Creditor | Amount |
|---|---|---|
| 1684764 | City of Philadelphia | 2828.62 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 12, 2010